## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| GEORGE DEWAYNE DUNN | CIVIL ACTION NO. 20-0027 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| JAY RUSSELL, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 54] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment, [Doc. No. 49], is **DENIED**.

MONROE, LOUISIANA, this 10th day of March, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE